**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:23-CR-00029 (WLS) |
| DEMETRIS GERVONE BELLAMY | : | |
| Defendant. | : | |

**ORDER**

Before the Court is the Parties' Joint Stipulation and Motion to Correct the Record pursuant to Federal Rule of Appellate Procedure 10(e)(2)(A). (Doc. 95.) The Government and Defendant Demetris Gervone Bellamy move for the Court to supplement the record by uploading to CM/ECF the exhibits attached as Appendix 1 to Doc. 95. Parties stipulate that these exhibits were tendered by the Government and admitted by the Court at the sentencing hearing held on January 17, 2024, before the late United States Judge Hugh Lawson. (Doc. 73.) Under Rule 10(e)(2)(A), "[i]f anything material to either party is omitted from or misstated in the record by error or accident, the omission or misstatement may be corrected and a supplemental record may be certified and forwarded: on stipulation of the parties."

Therefore, the Court **GRANTS** the Motion to Correct the Record. (Doc. 95.) The Clerk is directed to certify and forward the supplemented record to the United States Court of Appeals for the Eleventh Circuit.

**SO ORDERED**, this 25th day of September 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1